UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

TIMMON T. HARDIN,

        Plaintiff,

v.

ERIC COTTRELL et al.,

        Defendants.

_____/

Case No. 1:22-cv-144

Honorable Ray Kent

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim for the relief Plaintiff seeks pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:   April 7, 2022                        /s/ Ray Kent
                                                          Ray Kent
                                                          United States Magistrate Judge